**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

DANIELLE L. BOREL
*Partner*
danielle.borel@bswllp.com

DIRECT DIAL: (225) 381-6047
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70821-3197

www.bswllp.com

December 2, 2024

**VIA FACSIMILE (337-394-2240)**

Honorable Laura Blanchard
Clerk of Court
Parish of St. Martin
415 S. Main Street
St. Martinville, LA 70582

RE:    *Peppers Unlimited of Louisiana, Inc. v. Paper Systems, Inc. and R&D
Engineering, Inc. of Earlham*
BSW: 15092-1

Dear Ms. Blanchard:

Attached please find Plaintiffs' *Petition for Damages* to be **fax filed** today in the above-captioned matter. The original of this document and three (3) copies, including a copy to be prepared for long arm service, will be sent via Federal Express, along with our firm's check for filing costs once we receive fax confirmation of same.

Thank you for your assistance in this matter.

Sincerely,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

Danielle L. Borel

DLB/csr
Attachment

BATON ROUGE    *    NEW ORLEANS    *    MONROE

BRIMAN5172813.v1

EXHIBIT "A"

| PEPPERS UNLIMITED OF | * | NUMBER: _74617_ SECTION: "___" |
| LOUISIANA, INC. | * | |
| | * | |
| VERSUS | * | 16th JUDICIAL DISTRICT COURT |
| | * | |
| PAPER SYSTEMS, INC., AND R&D | * | PARISH OF ST MARTIN |
| ENGINEERING, INC. OF EARLHAM | * | |
| | | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The Petition for Damages filed by **Peppers Unlimited of Louisiana, Inc.** ("**Peppers**"), a Louisiana corporation, domiciled in St. Martin Parish, authorized to do and doing business in the State of Louisiana, respectfully represents as follows:

1.

Made Defendants herein are:

    i.    **Paper Systems, Inc.** ("**Paper System**"), an Iowa corporation (Des Moines, IA), conducting business in the State of Louisiana; and

    ii.    **R&D Engineering, Inc. of Earlham** ("**R&D**"), an Iowa corporation, conducting business in the State of Louisiana.

2.

Venue is proper under La. C.C.P. arts. 42(5), 73, and 76.1 and La. R.S. 13:3203, which is St. Martin Parish, Plaintiff's domicile and the delivery site of the Defendants' contractual obligations and products.

3.

Personal jurisdiction over the Defendants is proper under La. R.S. 13:3201.

## BACKGROUND

4.

Peppers is a family-owned Louisiana company that has been around since 1910. Peppers is a world-famous hot sauce production company, specializing in made-to-order blending, serving more than 1,000 customers worldwide, including national retail brands, top restaurant chains and large institutions. Peppers' is a complete production operation, from sourcing fruit to filling tankers.

5.

As part of its production process, Peppers sells pepper sauce products to customers in bulk.

1

5172330.v1

6.

Peppers purchased EZ-Bulk 330-gallon totes (the "**Totes**") from Defendant Paper Systems for use in packing their pepper sauce products.

7.

The EZ Bulk Totes were purchased at a price of $225/each.

8.

After purchase, Peppers received customer complaints regarding a leaking Tote. Thereafter, Peppers received numerous complaints from its customers that the Totes were leaking.

9.

After investigation, it was determined that the Totes contained an EZ Valve, which had a defective seal, and the defective seal allowed its contents—acidic peppers sauce—to leak.

10.

The leaks caused loss of product.

11.

The leaking Totes caused Peppers and its customers damage in the form of business interruption and extra costs during the cleaning and disposal required by Occupational Safety and Health Administration (OSHA) because the acidic pepper sauce is a contaminant when leaked. Further, as food facilities, the cleanings were held to expensive higher standards required by the Food and Drug Administration (FDA).

12.

As a result of the leaking Totes, Peppers' customers: i) refused to pay for the lost product, ii) deducted the costs of lost product and its cleaning from payment of other Peppers product, and iii) refused to accept any future Peppers' product in the Totes or refused to buy from Peppers outright.

13.

Some of Peppers' customers had more than one Paper Systems package leak at their facility and, therefore, refused to accept any further Peppers product in a Paper Systems product.

14.

Thus, offering Peppers' customers a replacement EZ Valve for the Tote was ineffective to mitigate product loss as the customers have no faith in the Tote at all.

2

15.

On May 27, 2024, Paper Systems acknowledged the Totes were defective and estimated Peppers had about 730 compromised Totes.

16.

In June of 2024, Paper Systems offered to "exchange" the compromised inventory. However, as Peppers explained, its customers refused any product in a Paper Systems product or a Tote, regardless of whether the liner or valve (or both) was replaced. As a result, this offer did not resolve Peppers' damages and their cause.

17.

Peppers requested a refund of the price paid for the 730 Totes from Paper Systems which, to date, has been refused.

18.

Peppers also requested that Paper Systems remove the faulty Totes, to no avail, which continue wasting valuable space in its production facility.

19.

Paper Systems' insurance adjustor has represented that R&D Moldings is the party that manufactured the liner that Paper Systems alleges is defective and was sold by Paper Systems as part of its Totes.

## COUNT ONE–REDHIBITION AGAINST PAPER SYSTEMS

20.

Paper Systems sold the Totes to Peppers.

21.

The Totes sold by Paper Systems to Peppers contained a redhibitory defect in the form of improperly sealed valves and leaking liners. The defects existed at the time the Totes were delivered to Peppers.

22.

The redhibitory defect in the Totes and liners was not apparent to Peppers at the time of the sale. Indeed, prior Totes purchased did not leak and were not defective.

23.

Peppers was not aware that the Totes were defective when purchased from Paper Systems.

3

5172330.v1

24.

The redhibitory defect has rendered the Totes so inconvenient that Peppers would not have purchased the Totes had it known of the leaking and defective valve and liners.

25.

Peppers notified Papers Systems of the defective Totes and provided Papers Systems with an opportunity to refund the purchase price as a repair was not possible and did not address customer concerns. Paper Systems failed to provide a refund or to remove the unusable Totes.

26.

Paper Systems is liable to Peppers for a return of the purchase price and its reasonable expenses, including customer refunds and Peppers' ongoing storage costs for the Totes.

27.

Consistent with a rescission of the sale, Peppers attempted to return the Totes to Paper Systems on multiple occasions, to no avail.

## COUNT TWO–REDHIBITION AGAINST R&D

**28.**

Upon information and belief and representations from Paper Systems, R&D manufactured the EZ Valve and liner that caused the Totes to leak.

29.

As a manufacturer, R&D is legally deemed to be a bad faith seller.

30.

R&D is liable to Peppers for the purchase price, Peppers' expenses, all damages, and attorneys' fees.

## COUNT THREE–BREACH OF WARRNTY OF FITNESS FOR ORDINARY USE AGAINST PAPER SYSTEMS

31.

Paper Systems, as the seller of the Totes, warranted that the Totes were reasonably fit for their ordinary use and especially the use of a pepper sauce manufacturer.

32.

The Totes were not reasonably fit for their ordinary use as they could not store liquids as intended. Rather, the Totes leaked the liquid intended to be stored.

33.

Paper Systems breached its implied warranties in the sale of the Totes to Peppers.

4

34.

Paper Systems is liable to Peppers for the purchase price, Peppers' expenses, all damages, and attorneys' fees.

**WHEREFORE**, Peppers Unlimited of Louisiana, Inc. prays that Paper Systems, Inc. and R&D Engineering, Inc. of Earlham be served with citation and a certified copy of the petition and that, after all delays have elapsed and due proceedings are had, there be a judgment rendered herein in favor of Peppers Unlimited of Louisiana, Inc, as follows:

1. In favor of Peppers Unlimited of Louisiana, Inc., finding that Paper Systems, Inc. and R&D Engineering, Inc. of Earlham liable, in solido, for redhibition, and awarding Peppers Unlimited of Louisiana, Inc a rescission of the purchase of the Totes, a reimbursement of the purchase price, Peppers' expenses, and all damages, costs, and attorneys' fees;

2. In favor of Peppers Unlimited of Louisiana, Inc., finding Paper Systems, Inc. liable for breach of warranty of fitness, and awarding Peppers Unlimited of Louisiana, Inc. a rescission of the sale and reimbursement of the purchase price; and

3. For all damages, losses, and all other just, legal, general and equitable relief.

Respectfully Submitted:

BREAZEALE, SACHSE & WILSON, L.L.P.
2300 One American Place
P.O. Box 3197
Baton Rouge, Louisiana 70825
Telephone: (225)387-4000
Facsimile: (225) 381-8029

Danielle L. Borel (#35669)
Mary Katherine Loos (# 39962)

*Attorneys for Peppers Unlimited of Louisiana, Inc.*

<u>PLEASE PREPARE AND RETURN</u>
<u>A CERTIFIED COPY OF THE PETITION AND CITATION</u>
<u>FOR SERVICE PURSUANT TO La. R.S. 13:3204:</u>

**Paper Systems, Inc.**
*through its registered agent*
WILLIAM L CHASE
6127 WILLOWMERE DR.
DES MOINES, IA, 50321

**R&D Engineering, Inc. of Earlham**
*through its registered agent*
RODNEY M RAMSEY
690 N CHESTNUT AVE
EARLHAM, IA, 50072

5

3172330.v1

*FAX CONFIRMATION*

*PEPPERS UNLIMITED OF LOUISIANA INC*

*Versus*

*PAPER SYSTEMS INC - ET AL*



*Case: 094677*
*Division: C*
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*
*Tax ID # 726001272*

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED: <u>DECEMBER 02, 2024</u>

DESCRIPTION OF TRANSMISSION: <u>PETITION FOR DAMAGES</u>

FILED ON BEHALF OF: <u>PLAINTIFF - PEPPERS UNLIMITED OF LOUISIANA, INC.</u>

PERSON SIGNING PLEADING: <u>DANIELLE L. BOREL</u>

*This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.*

*The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.*

*The record will contain the facsimile pleading, this confirmation and the original pleading, PLEASE ADD CASE NUMBER.*

*Laura B. Blanchard*
*Clerk of the 16th Judicial District Court for*
*St. Martin Parish, Louisiana*

BY: *Lauren J. Alexander*

*Deputy Clerk of Court*

Confirmation faxed to number: 225.381.8029

Date confirmation faxed: DECEMBER 02, 2024

Amount due: $535.00

[ FILE ]

| Transmission Report | | | | |
|---|---|---|---|---|

| Date/Time | 12-02-2024 | 04:08:06 p.m. | Transmit Header Text | |
| Local ID 1 | 3373942240 | | Local Name 1 | StMartin |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

---

**FAX CONFIRMATION**

PEPPERS UNLIMITED OF LOUISIANA INC

Versus

PAPER SYSTEMS INC - ET AL.

Case: 094657
Division: C
16th Judicial District Court
Parish of St. Martin
State of Louisiana
Tel ID # 376583772

YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.

DATE FAX TRANSMISSION RECEIVED: DECEMBER 02, 2024

DESCRIPTION OF TRANSMISSION: PETITION FOR DAMAGES

FILED ON BEHALF OF: PLAINTIFF - PEPPERS UNLIMITED OF LOUISIANA, INC.

PERSON SIGNING PLEADING: DANIELLE L. BOREL

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmationWILL BE ADDED TO AMOUNT DUE; the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The second will contain the facsimile pleading, this confirmation and the original pleading, PLEASE ADD CASE NUMBER.

Laura R. Ranchard
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: Bonnie B. Alexander

Deputy Clerk of Court

Confirmation faxed to number: 225.382.8029

Date confirmation faxed: DECEMBER 02, 2024

Amount due: $535.00

| FILE : |

---

| Total Pages Scanned : 1 | | Total Pages Confirmed : 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 870 | 912253818029 | 04:06:40 p.m. 12-02-2024 | 00:00:38 | 1/1 | 1 | EC | HS | CP26400 |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print      CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report             FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save       FF: Fax Forward        TU: Terminated by user  EC: Error Correct

| | | |
|---|---|---|
| **PEPPERS UNLIMITED OF LOUISIANA, INC.** | * | NUMBER: *94677* SECTION: "*C*" |
| | * | |
| | * | |
| **VERSUS** | * | 16th JUDICIAL DISTRICT COURT |
| | * | |
| **PAPER SYSTEMS, INC., AND R&D ENGINEERING, INC. OF EARLHAM** | * | PARISH OF ST MARTIN |
| | * | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The Petition for Damages filed by **Peppers Unlimited of Louisiana, Inc. ("Peppers")**, a Louisiana corporation, domiciled in St. Martin Parish, authorized to do and doing business in the State of Louisiana, respectfully represents as follows:

1.

Made Defendants herein are:

i.    **Paper Systems, Inc. ("Paper System")**, an Iowa corporation (Des Moines, IA), conducting business in the State of Louisiana; and

ii.    **R&D Engineering, Inc. of Earlham ("R&D")**, an Iowa corporation, conducting business in the State of Louisiana.

2.

Venue is proper under La. C.C.P. arts. 42(5), 73, and 76.1 and La. R.S. 13:3203, which is St. Martin Parish, Plaintiff's domicile and the delivery site of the Defendants' contractual obligations and products.

3.

Personal jurisdiction over the Defendants is proper under La. R.S. 13:3201.

## BACKGROUND

4.

Peppers is a family-owned Louisiana company that has been around since 1910. Peppers is a world-famous hot sauce production company, specializing in made-to-order blending, serving more than 1,000 customers worldwide, including national retail brands, top restaurant chains and large institutions. Peppers' is a complete production operation, from sourcing fruit to filling tankers.

5.

As part of its production process, Peppers sells pepper sauce products to customers in bulk.

1

5172330.v1

6.

Peppers purchased EZ-Bulk 330-gallon totes (the "**Totes**") from Defendant Paper Systems for use in packing their pepper sauce products.

7.

The EZ Bulk Totes were purchased at a price of $225/each.

8.

After purchase, Peppers received customer complaints regarding a leaking Tote. Thereafter, Peppers received numerous complaints from its customers that the Totes were leaking.

9.

After investigation, it was determined that the Totes contained an EZ Valve, which had a defective seal, and the defective seal allowed its contents—acidic peppers sauce—to leak.

10.

The leaks caused loss of product.

11.

The leaking Totes caused Peppers and its customers damage in the form of business interruption and extra costs during the cleaning and disposal required by Occupational Safety and Health Administration (OSHA) because the acidic pepper sauce is a contaminant when leaked. Further, as food facilities, the cleanings were held to expensive higher standards required by the Food and Drug Administration (FDA).

12.

As a result of the leaking Totes, Peppers' customers: i) refused to pay for the lost product, ii) deducted the costs of lost product and its cleaning from payment of other Peppers product, and iii) refused to accept any future Peppers' product in the Totes or refused to buy from Peppers outright.

13.

Some of Peppers' customers had more than one Paper Systems package leak at their facility and, therefore, refused to accept any further Peppers product in a Paper Systems product.

14.

Thus, offering Peppers' customers a replacement EZ Valve for the Tote was ineffective to mitigate product loss as the customers have no faith in the Tote at all.

2

5172330.v1

15.

On May 27, 2024, Paper Systems acknowledged the Totes were defective and estimated Peppers had about 730 compromised Totes.

16.

In June of 2024, Paper Systems offered to "exchange" the compromised inventory. However, as Peppers explained, its customers refused any product in a Paper Systems product or a Tote, regardless of whether the liner or valve (or both) was replaced. As a result, this offer did not resolve Peppers' damages and their cause.

17.

Peppers requested a refund of the price paid for the 730 Totes from Paper Systems which, to date, has been refused.

18.

Peppers also requested that Paper Systems remove the faulty Totes, to no avail, which continue wasting valuable space in its production facility.

19.

Paper Systems' insurance adjustor has represented that R&D Moldings is the party that manufactured the liner that Paper Systems alleges is defective and was sold by Paper Systems as part of its Totes.

## COUNT ONE-REDHIBITION AGAINST PAPER SYSTEMS

20.

Paper Systems sold the Totes to Peppers.

21.

The Totes sold by Paper Systems to Peppers contained a redhibitory defect in the form of improperly sealed valves and leaking liners. The defects existed at the time the Totes were delivered to Peppers.

22.

The redhibitory defect in the Totes and liners was not apparent to Peppers at the time of the sale. Indeed, prior Totes purchased did not leak and were not defective.

23.

Peppers was not aware that the Totes were defective when purchased from Paper Systems.

3

5172330.v1

24.

The redhibitory defect has rendered the Totes so inconvenient that Peppers would not have purchased the Totes had it known of the leaking and defective valve and liners.

25.

Peppers notified Papers Systems of the defective Totes and provided Papers Systems with an opportunity to refund the purchase price as a repair was not possible and did not address customer concerns. Paper Systems failed to provide a refund or to remove the unusable Totes.

26.

Paper Systems is liable to Peppers for a return of the purchase price and its reasonable expenses, including customer refunds and Peppers' ongoing storage costs for the Totes.

27.

Consistent with a rescission of the sale, Peppers attempted to return the Totes to Paper Systems on multiple occasions, to no avail.

## COUNT TWO-REDHIBITION AGAINST R&D

28.

Upon information and belief and representations from Paper Systems, R&D manufactured the EZ Valve and liner that caused the Totes to leak.

29.

As a manufacturer, R&D is legally deemed to be a bad faith seller.

30.

R&D is liable to Peppers for the purchase price, Peppers' expenses, all damages, and attorneys' fees.

## COUNT THREE-BREACH OF WARRNTY OF FITNESS FOR ORDINARY USE AGAINST PAPER SYSTEMS

31.

Paper Systems, as the seller of the Totes, warranted that the Totes were reasonably fit for their ordinary use and especially the use of a pepper sauce manufacturer.

32.

The Totes were not reasonably fit for their ordinary use as they could not store liquids as intended. Rather, the Totes leaked the liquid intended to be stored.

33.

Paper Systems breached its implied warranties in the sale of the Totes to Peppers.

4

34.

Paper Systems is liable to Peppers for the purchase price, Peppers' expenses, all damages, and attorneys' fees.

**WHEREFORE**, Peppers Unlimited of Louisiana, Inc. prays that Paper Systems, Inc. and R&D Engineering, Inc. of Earlham be served with citation and a certified copy of the petition and that, after all delays have elapsed and due proceedings are had, there be a judgment rendered herein in favor of Peppers Unlimited of Louisiana, Inc, as follows:

1. In favor of Peppers Unlimited of Louisiana, Inc., finding that Paper Systems, Inc. and R&D Engineering, Inc. of Earlham liable, in solido, for redhibition, and awarding Peppers Unlimited of Louisiana, Inc a rescission of the purchase of the Totes, a reimbursement of the purchase price, Peppers' expenses, and all damages, costs, and attorneys' fees;

2. In favor of Peppers Unlimited of Louisiana, Inc., finding Paper Systems, Inc. liable for breach of warranty of fitness, and awarding Peppers Unlimited of Louisiana, Inc. a rescission of the sale and reimbursement of the purchase price; and

3. For all damages, losses, and all other just, legal, general and equitable relief.

Respectfully Submitted:

BREAZEALE, SACHSE & WILSON, L.L.P.
2300 One American Place
P.O. Box 3197
Baton Rouge, Louisiana 70825
Telephone: (225)387-4000
Facsimile: (225) 381-8029

Danielle L. Borel (#35669)
Mary Katherine Loos (# 39962)

*Attorneys for Peppers Unlimited of Louisiana, Inc.*

**PLEASE PREPARE AND RETURN
A CERTIFIED COPY OF THE PETITION AND CITATION
FOR SERVICE PURSUANT TO La. R.S. 13:3204:**

**Paper Systems, Inc.**
*through its registered agent*
WILLIAM L CHASE
6127 WILLOWMERE DR.
DES MOINES, IA, 50321

**R&D Engineering, Inc. of Earlham**
*through its registered agent*
RODNEY M RAMSEY
690 N CHESTNUT AVE
EARLHAM, IA, 50072

RECEIVED AND FILED

2024 DEC -4 AM 9: 34

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

5

S172330.v1

## CITATION

PEPPERS UNLIMITED OF LOUISIANA INC

Versus

PAPER SYSTEMS INC - ET AL



*Case:* 094677
*Division:* C
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

TO:
R&D ENGINEERING INC OF EARLHAM
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT
RODNEY M. RAMSEY
690 N. CHESTNUT AVE.
EARLHAM, IA 50072

*THROUGH THE LOUISIANA LONG ARM STATUTE*

*You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES*

*of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,*

*either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin,*

*State of Louisiana, within thirty (30) days after the service hereof, under penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 9th day of DECEMBER, 2024.*

LAURA B. BLANCHARD
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
DANIELLE L. BOREL
ATTORNEY FOR PEPPERS UNLIMITED OF LOUISIANA, INC.

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage   $_____          By: _____
                                        Deputy Sheriff
Total      $_____

[ FILE ]

## CITATION

PEPPERS UNLIMITED OF LOUISIANA INC

*Versus*

PAPER SYSTEMS INC - ET AL



*Case:* 094677
*Division: C*
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

TO:
  PAPER SYSTEMS INC
  THROUGH THE LOUISIANA LONG ARM STATUTE
  THROUGH ITS REGISTERED AGENT
  WILLIAM L. CHASE
  6127 WILLOWMERE DRIVE
  DES MOINES, IA 50321

THROUGH THE LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the *PETITION FOR DAMAGES* of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 9th day of DECEMBER, 2024.

LAURA B. BLANCHARD
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*
_____
Deputy Clerk of Court

REQUESTED BY:
DANIELLE L. BOREL
ATTORNEY FOR PEPPERS UNLIMITED OF LOUISIANA, INC.

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____ _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____;

Service     $_____

Mileage    $_____     By: _____
                                Deputy Sheriff

Total       $_____

[ FILE ]

TO: DANIELLE L. BOREL                    FROM: Laura B Blanchard

ATTORNEY AT LAW                          Clerk of Court, St. Martin Parish

P. O. BOX 3197                           P. O. Box 308, St. Martinville, LA 70582

BATON ROUGE, LA 70825                    Phone:  337-394-2210    Fax:  337-394-2240

RE: SUIT NO.        94677-C              PROBATE NO.

PEPPERS UNLIMITED OF LOUISIANA, INC.

VS.

PAPER SYSTEMS INC., ET AL

I AM ENCLOSING 2 CITATION ALONG WITH 2 TRUE COPIES OF PETITION FOR DAMAGES FOR SERVICES ON PAPER SYSTEMS INC. THROUGH WILLIAM L. CHASE THROUGH THE LOUISIANA LONG ARM STATUTE AND R&D ENGINEERING INC. OF EARLHAM THROUGH RODNEY RAMSEY THROUGH THE LOUISIANA LONG ARM STATUTE.

Date of Notice        December 9, 2024                    Kristie Prejean
                                                          Deputy Clerk of Court

Laura B. Blanchard
Clerk of Court
P.O. Box 308
St. Martinville, La. 70582

Ph. #337/394-2210
Fax. #337/394-2240

## NEW CIVIL SUIT FILING CERTIFICATION

STATE OF LOUISIANA
PARISH OF ST. MARTIN

TO:
DANIELLE L. BOREL
ATTORNEY AT LAW
P. O. BOX 3197
BATON ROUGE, LA 70825

THIS CERTIFIES THAT ON THE 2ND DAY OF DECEMBER, 2024 THE BELOW ENTITLED CASE HAS BEEN FILED FOR RECORD IN THIS OFFICE.

PEPPERS UNLIMITED OF LOUISIANA, INC.

VS. # 94677

PAPER SYSTEMS INC., ET AL

DIVISION C

JUDGE VINCENT J. BORNE

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

Page 10 of 10

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

FILE

DANIELLE L. BOREL
Partner
danielle.borel@bswllp.com
DIRECT DIAL: (225) 381-8047
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70821-3197

www.bswllp.com

December 2, 2024

*VIA FACSIMILE (337-394-2240)*

Honorable Laura Blanchard
Clerk of Court
Parish of St. Martin
415 S. Main Street
St. Martinville, LA 70582

RE:   *Peppers Unlimited of Louisiana, Inc. v. Paper Systems, Inc. and R&D Engineering, Inc. of Earlham*
BSW: 15092-1

Dear Ms. Blanchard:

Attached please find Plaintiffs' *Petition for Damages* to be **fax filed** today in the above-captioned matter. The original of this document and three (3) copies, including a copy to be prepared for long arm service, will be sent via Federal Express, along with our firm's check for filing costs once we receive fax confirmation of same.

Thank you for your assistance in this matter.

Sincerely,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

Danielle L. Borel

DLB/csr
Attachment

RECEIVED AND FILED
2024 DEC -4  AM 9: 33

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

BATON ROUGE     •     NEW ORLEANS     •     MONROE
BRIMAN\5172813.v1

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

One America Place, 23rd Floor
Post Office Box 3197
Phone: 225-387-4000
Fax No.: 225-381-8029

## FACSIMILE COVER SHEET

January 2, 2025        Total Number of Pages (including cover sheet):    7

| To: | Clerk, St. Martin Parish |
| --- | --- |
| Company: | 16th Judicial District Court |
| Fax: | 1-337-394-2240 |
| Main No.: | 1-337-394-2210 |

| From: | Lori Manning |
| --- | --- |
| Direct Dial: | 225-376-3609 |
| Attorney/Client/Matter: | Danielle Borel (17131-2) |

If there are any questions or if you are not receiving all of these pages, please call us at 225-387-4000 extension 3609 and ask for Lori Manning.

MESSAGE: *Peppers Unlimited of Louisiana v. Paper Systems, Inc., et al;* Suit No. 94,677, Div. "C;" 16th Judicial District Court; St. Martin Parish, Louisiana

Dear Ms. Patin:

In regard to the referenced suit, please find following, for fax-filing, two Affidavits of Mailing on behalf of Plaintiff, Peppers Unlimited of Louisiana, Inc.

Please provide confirmation of the fax-filing along with costs so we may include our check with the original.

Thank you,
Lori Manning

CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify Breazeale, Sachse & Wilson, L.L.P. by telephone at 225-387-4000 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

BATON ROUGE         ✦         NEW ORLEANS         ✦         MONROE

| PEPPERS UNLIMITED OF | * | NUMBER: 94,677   DIVISION: "C" |
| LOUISIANA, INC. | * | |
| | * | |
| VERSUS | * | 16th JUDICIAL DISTRICT COURT |
| | * | |
| PAPER SYSTEMS, INC. AND R&D | * | PARISH OF ST. MARTIN |
| ENGINEERING, INC. OF EARLHAM | *. | |
| | | STATE OF LOUISIANA |

## AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

LORI MANNING

who after being duly sworn, did say that she is a legal assistant with the law firm of Breazeale, Sachse & Wilson, L.L.P., 23rd Floor, 301 Main Street (70801), Post Office Box 3197, Baton Rouge, Louisiana 70821; that she served a certified copy of a Petition for Damages under Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, by mailing said copy, postage prepaid, to the defendant named below at the address shown, by certified mail, number 70211970000128895327, return receipt requested:

> Paper Systems, Inc.
> Through its registered agent for service
> William L. Chase
> 6127 Willowmere Drive
> Des Moines, IA 50321

Affiant further shows that service to Paper Systems, Inc., through Mr. William L. Chase, was returned by the Post Office showing delivery on December 23, 2024, of the document as being received, as shown on the return receipt, proof of which is attached hereto and made a part hereof.

_Lori Manning_
LORI MANNING

SWORN TO AND SUBSCRIBED, before me, this ___ day of January, 2025.

_____
NOTARY PUBLIC

Danielle L. Borel
Bar Roll No. 35669
My Commission Expires: at death

OFFICIAL SEAL
DANIELLE BOREL
LA BAR ROLL #35669
NOTARY PUBLIC ID NO. 140225
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

1

5187627.v1

Page 3 of 9          Page: 3 of 7          2025-01-02 13:55:00 CST          12254108157          From: Commercial Lit



| | | |
|---|---|---|
| PEPPERS UNLIMITED OF LOUISIANA, INC. | * * * | NUMBER: 94,677   DIVISION: "C" |
| VERSUS | * * | 16th JUDICIAL DISTRICT COURT |
| PAPER SYSTEMS, INC. AND R&D ENGINEERING, INC. OF EARLHAM | * * * | PARISH OF ST. MARTIN |
| | | STATE OF LOUISIANA |

## AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned authority, personally came and appeared:

LORI MANNING

who after being duly sworn, did say that she is a legal assistant with the law firm of Breazeale, Sachse & Wilson, L.L.P., 23rd Floor, 301 Main Street (70801), Post Office Box 3197, Baton Rouge, Louisiana 70821; that she served a certified copy of a Petition for Damages under Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, by mailing said copy, postage prepaid, to the defendant named below at the address shown, by certified mail, number 70211970000128897710, return receipt requested:

R&D Engineering, Inc. of Earlham<br>Through its registered agent for service<br>Rodney M. Ramsey<br>690 Chestnut Avenue<br>Earlham, IA 50072

    Affiant further shows that service to R&D Engineering, Inc. of Earlham, through Mr. Rodney M. Ramsey, was made on December 23, 2024, as shown on the attached USPS Tracking page. Also attached is the signed return receipt.

_Lori Manning_<br>LORI MANNING

SWORN TO AND SUBSCRIBED, before me, this 2nd day of January, 2025.

_Danielle Borel_<br>NOTARY PUBLIC

Danielle L. Borel<br>Bar Roll No. 35669<br>My Commission Expires: at death

OFFICIAL SEAL
DANIELLE BOREL
LA BAR ROLL #35669
NOTARY PUBLIC ID NO. 140225
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

1

5187672.v1

Page 5 of 9          Page: 5 of 7          2025-01-02 13:55:00 CST          12254106157          From: Commercial Lit
To:
12/26/24, 10:31 AM                                    USPS.com® - USPS Tracking® Results

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDED. HOWEV...

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70211970000128897710

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:42 am on December 23, 2024 in EARLHAM, IA 50072.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
EARLHAM, IA 50072
December 23, 2024, 10:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                          ⌄

USPS Tracking Plus®                                                            ⌄

Product Information                                                            ⌄

See Less ⌃

Track Another Package

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70211970000128897710                    1/2

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



## FAX CONFIRMATION

PEPPERS UNLIMITED OF LOUISIANA INC

Versus

PAPER SYSTEMS INC - ET AL



Case: 094677
Division: C
16th Judicial District Court
Parish of St. Martin
State of Louisiana
Tax ID # 726001272

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED:  January 02, 2024

DESCRIPTION OF TRANSMISSION:  Affidavit of Mailing

FILED ON BEHALF OF:  Plaintiff

PERSON SIGNING PLEADING:  Danielle L. Borel

*This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.*

*The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.*

*The record will contain the facsimile pleading, this confirmation and the original pleading, PLEASE ADD CASE NUMBER.*

Laura B. Blanchard
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Haxun J. Alexander*

*Deputy Clerk of Court*

Confirmation faxed to number: 225-381-8029

Date confirmation faxed:  January 02, 2025

Amount due:  $0.00 - Enough funds on account

[ FILE ]

Page 9 of 9

| Transmission Report |
| --- |

| | | | | |
| --- | --- | --- | --- | --- |
| Date/Time | 01–02–2025 | 02:46:26 p.m. | Transmit Header Text | |
| Local ID 1 | 3373942240 | | Local Name 1 | StMartin |

## This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

*FAX CONFIRMATION*

PAPERS UNLIMITED OF LOUISIANA INC                                      Case: 034472
                                                                      Division: C
Virgus                                                                16th Judicial District Court
PAPER SYSTEMS INC • KY.46.                                            Parish of St. Martin
                                                                      State of Louisiana
                                                                      Tax ID # 726587373

YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.

DATE FAX TRANSMISSION RECEIVED:  January 03, 2024

DESCRIPTION OF TRANSMISSION: Affidavit of Mailing

FILED ON BEHALF OF:  Plaintiff

PERSON SIGNING PLEADING:  Danielle L. Rossi

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:832.

The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee and $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading. PLEASE ADD CASE NUMBER.

Laura B. Blanchard
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: 
Deputy Clerk of Court

Confirmation faxed to number: 225-381-9029

Fax confirmation faxed: January 03, 2025

Amount due:  $0.00 - Enough funds on account

[ FILE ]

Total Pages Scanned : 1     Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | 146 | 912253818029 | 02:45:17 p.m. 01–02–2025 | 00:00:25 | 1/1 | 1 | EC | HS | CP19200 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send

PL: Polled local
PR: Polled remote
MS: Mailbox save

MP: Mailbox print
RP: Report
FF: Fax Forward

CP: Completed
FA: Fail
TU: Terminated by user

TS: Terminated by system
G3: Group 3
EC: Error Correct

| PEPPERS UNLIMITED OF LOUISIANA, INC. | * | NUMBER: 94,677    DIVISION: "C" |
| VERSUS | * | 16th JUDICIAL DISTRICT COURT |
| PAPER SYSTEMS, INC. AND R&D ENGINEERING, INC. OF EARLHAM | * | PARISH OF ST. MARTIN |
| | * | STATE OF LOUISIANA |



## AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

LORI MANNING

who after being duly sworn, did say that she is a legal assistant with the law firm of Breazeale, Sachse & Wilson, L.L.P., 23rd Floor, 301 Main Street (70801), Post Office Box 3197, Baton Rouge, Louisiana 70821; that she served a certified copy of a Petition for Damages under Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, by mailing said copy, postage prepaid, to the defendant named below at the address shown, by certified mail, number 70211970000128897710, return receipt requested:

R&D Engineering, Inc. of Earlham
Through its registered agent for service
Rodney M. Ramsey
690 Chestnut Avenue
Earlham, IA 50072

Affiant further shows that service to R&D Engineering, Inc. of Earlham, through Mr. Rodney M. Ramsey, was made on December 23, 2024, as shown on the attached USPS Tracking page. Also attached is the signed return receipt.

_Lori Manning_
LORI MANNING

SWORN TO AND SUBSCRIBED, before me, this 2nd day of January, 2025.

_signature_
NOTARY PUBLIC

Danielle L. Borel
Bar Roll No. 35669
My Commission Expires: at death

OFFICIAL SEAL
DANIELLE BOREL
LA BAR ROLL #35669
NOTARY PUBLIC ID NO. 140225
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

RECEIVED AND FILED
2025 JAN -7 PM 3: 28
_signature_
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

1

5187672.v1

USPS.com® - USPS Tracking® Results

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDED. HOWEV...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70211970000128897710

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:42 am on December 23, 2024 in EARLHAM, IA 50072.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
EARLHAM, IA 50072
December 23, 2024, 10:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

12/28/24, 10:31 AM                                                  USPS.com® - USPS Tracking® Results

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Page 4 of 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R&D Engineering, Inc. of Earlham
Through its registered agent
Rodney M. Ramsey
690 Chestnut Avenue
Earlham, IA 50072

9590 9402 6397 0303 4733 51

2. Article Number (Transfer from service label)

7021 1970 0001 2667 7217

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Denise Kosmuski

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RECEIVED AND FILED

2025 JAN -7  PM 3: 28

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

| | | |
|---|---|---|
| PEPPERS UNLIMITED OF LOUISIANA, INC. | * * * | NUMBER: 94,677   DIVISION: "C" |
| VERSUS | * * | 16th JUDICIAL DISTRICT COURT |
| PAPER SYSTEMS, INC. AND R&D ENGINEERING, INC. OF EARLHAM | * * | PARISH OF ST. MARTIN |
| | * | STATE OF LOUISIANA |

## AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

LORI MANNING

who after being duly sworn, did say that she is a legal assistant with the law firm of Breazeale, Sachse & Wilson, L.L.P., 23rd Floor, 301 Main Street (70801), Post Office Box 3197, Baton Rouge, Louisiana 70821; that she served a certified copy of a Petition for Damages under Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, by mailing said copy, postage prepaid, to the defendant named below at the address shown, by certified mail, number 70211970000128895327, return receipt requested:

Paper Systems, Inc.
Through its registered agent for service
William L. Chase
6127 Willowmere Drive
Des Moines, IA 50321

Affiant further shows that service to Paper Systems, Inc., through Mr. William L. Chase, was returned by the Post Office showing delivery on December 23, 2024, of the document as being received, as shown on the return receipt, proof of which is attached hereto and made a part hereof.

_Lori Manning_
LORI MANNING

SWORN TO AND SUBSCRIBED, before me, this ___ day of January, 2025.

_Danielle Borel_
NOTARY PUBLIC

Danielle L. Borel
Bar Roll No. 35669
My Commission Expires: at death

OFFICIAL SEAL
DANIELLE BOREL
LA BAR ROLL #35669
NOTARY PUBLIC ID NO. 140225
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

RECEIVED AND FILED

2025 JAN -7  PM 3: 28

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

1

5187627.v1

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paper Systems, Inc.
Through its registered agent
William L. Chase
6127 Willowmere Drive
Des Moines, IA 50321

9590 9402 6397 0303 4733 44

2. Article Number (Transfer from service label)
7021 1970 0001 2864 9327

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
                    □ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Angela Madson                     12-23-2

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RECEIVED AND FILED

2025 JAN -7  PM 3: 29

DEPUTY CLERK OF COURT
ST. MARTIN PARISH